## Charles G. Ditis, Appellee, v. Ahlvin Construction Company, Inc., Defendants.

## On Appeal of Ahlvin Construction Company, Inc., Vernon E. Crosell and Jorgen Hubschman, Appellants.

### Gen. No. 45,562.

Mayer Goldberg, and Leonard L. Levin, for appellants; William S. Kleinman, and Werner W. Schroeder, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed October 24, 1951; released for publication November 21, 1951.